# UNANIMOUS WRITTEN CONSENT
# OF THE
# SOLE DIRECTOR
# OF
# ASHAND ENTERPRISES, INC.

The undersigned, being sole member of the Board of Directors of ASHAND ENTERPRISES, INC. a New York corporation (the "Corporation"), hereby consents to the adoption of the following resolutions without a meeting pursuant to Section 708(b) of the Business Corporation Law of the State of New York:

> **WHEREAS**, the Sole Director reviewed the financial situation of the Corporation and consulted Legal Counsel as to the ramifications of a Chapter 11 Bankruptcy as opposed to other potential financial solutions for the Corporation.
>
> **RESOLVED: I. Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code.**
>
> **NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Sole Director, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"); and it is
>
> **RESOLVED FURTHER**, that the officers of the Corporation (collectively, the "***Authorized Officers***"), acting alone or with one or more other Authorized Officers, with power of delegation, be, and they hereby are, authorized to execute and file on behalf of the Corporation all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation.
>
> **II. Use of Cash Collateral**
>
> **NOW, THEREFORE, BE IT RESOLVED**, that in connection with the commencement of the chapter 11 case by the Corporation the Sole Director hereby authorizes, adopts and approves the Interim Order (I) Authorizing The Use Of CashCollateral; (II) Granting Adequate Protection To Prepetition Secured Parties; And (III) Scheduling A Final Hearing (the "***Cash Collateral Order***"), including without limitation, the covenants, terms, and conditions set forth therein, and any Authorized Officer be, and hereby is, authorized, empowered, and directed to

negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of each of the Corporation, necessary to implement the Cash Collateral Order in interim or final form, as well as any additional or further agreements for the use of cash collateral in connection with the corporation's chapter 11 cases, which agreement(s) may require the Corporation to grant liens to the Corporation's existing lenders and each other agreement, instrument or document to be executed and delivered in connection therewith, by or on behalf of the Corpoation pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof.

### III. Retention of Professionals

**NOW, THEREFORE, BE IT RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Bronson Law Offices, P.C. and as bankruptcy counsel to represent and assist Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings and petitions for relief; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Bronson Law Offices, P.C., it is

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

### IV. Bank Accounts

**RESOLVED FURTHER** that the Authorized Officers be, and they hereby are, authorized and directed to open Debtor in Possession Bank Accounts with a bank approved by the U.S. Trustee for such purpose.

### V. Further Actions and Prior Actions

**NOW, THEREFORE, BE IT RESOLVED** that in addition to the specific authorizations heretofore conferred upon the

Authorized Officers, each of the officers of the Corporation hereby is, authorized, directed, and empowered, in the name of, and on behalf of Corporation to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions; and it is

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

|  |  |
|---|---|
| Dated: August 14, 2013 | /s/ Velappan Veeraswamy<br>Velappan Veeraswamy |

## CERTIFICATE

**I, the undersigned sole shareholder, sole director and officer hereby certify that the Unanimous written consent attached hereto is true, correct and accurate.**

**IN WITNESSWHEREOF, the undersigned as executed this document on the __day of August, 2013.**

_____
**Velappan Veeraswamy**