**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

RE:                                                     )
ASHAND ENTERPRISES INC.          )        CASE NO. 13-44999-CEC
                                                          )
                                                          )
**Debtor**

---

**NOTICE OF APPEARANCE (PRO SE)**
**AND REQUEST FOR SERVICE OF NOTICE**

PLEASE TAKE NOTICE that the undersigned, Karen Veeraswamy enters her Appearance as Creditor in the above case, and pursuant to Federal Rules of Bankruptcy 2002 and 9007, Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or email or otherwise:

PAGE-1 OF 2

(1) which affect or seek to affect in any way any of the Creditor's rights or interests with respect to (a) the debtor; (b) any property or proceeds thereof in which debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of the Creditor which debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Creditor.

This the 22nd of November, 2013.

*Karen Veeraswamy*
KAREN VEERASWAMY
(PRO SE)
6337 FOREST AVE, APT # 1R
RIDGEWOOD, NY, 11386
TEL: (917)717-2396
ammasami@gmail.com

CC:
Bruce Bronson
McCarter and English LLP
United States Trustee

PAGE-2 OF 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Service of Notice was on parties of record this 22nd day of November, 2013.

                                                KAREN VEERASWAMY  
                                                6337 FOREST AVE, APT # 1R  
                                                RIDGEWOOD, NY, 11386  
                                                TEL: (917)717-2396  
                                                 ammasami@gmail.com

Bruce Bronson
Bronson Law Offices
61-43 186th Street
Fresh Meadows, NY 11365
877-385-7793

McCarter and English LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ   07102

United States Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014
212-510-0500