# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| RE: | ) | |
| ASHAND ENTERPRISES INC. | ) | CASE NO. 13-44999-CEC |
|  | ) | |
|  | ) | |
| **Debtor** | ) | |

## NOTICE

Attached herewith is a copy of Compliance Conference Order, dated 10/02/2013 of Supreme Court of New York, Queens County, regarding Debtor's property. (Karen Veeraswamy against Velappan Veeraswamy, Index No. 12256/11)

"That all net proceeds of sale from the sale of 72 unit Bronx apartment building(1114 Ward Ave) owned by Ashand Enteprises,Inc. and presently the subject of a bankruptcy proceeding (Eastern District Case no: 13-44999) shall be held in escrow by John Napolitano"

On this 25th day of November, 2013.

_____
KAREN VEERASWAMY
(PRO SE, CREDITOR)
6337 FOREST AVE, APT # 1R
RIDGEWOOD, NY, 11386
TEL: (917)717-2396
ammasami@gmail.com

CC:
Bruce Bronson
61-43 186 Street
Fresh Meadows, NY 11365

McCarter and English LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

United States Trustee,
Eastern District New York (Brooklyn Office)
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

|   |   |   |
|---|---|---|
| PC | / | / |
| CC | / | / |
| NI | / | / |

## SUPREME COURT OF THE STATE OF NEW YORK
### QUEENS COUNTY: MM PART

Present: **Hon Anna Culley**
                        Justice

**Karen Veeraswamy**
        Plaintiff,

Index No: **12256/11**

-against-

Date RJI Filed: _____

**Velappan Veeraswamy**
        Defendant.

### Compliance Conference Order

**APPEARANCES**

| Attorney for Plaintiff: | Attorney for Defendant: | Law Guardian: |
|---|---|---|
| Name: **John Apolitmo** | Name: **Joseph Levin** | Name: _____ |
| Address: **94-09 101" Ave** | Address: **86-16 Queens Blvd** | Address: _____ |
| **Ozone Park, NY 11416** | **Elmhurst, NY** | **N/A** |
| Phone No: _____ | Phone No: **718 429-7627** | Phone No: _____ |

Plaintiff: ✓ present/___ not present      Defendant: ✓ present/___ not present

Upon the Preliminary Conference Order dated _____, and following a Compliance Conference held on **10/2/13**, and it appearing that discovery previously ordered herein has not been completed, or that additional discovery is warranted, it is hereby

**ORDERED** that Plaintiff shall produce **herself** for an examination before trial on **10/28/13** at **2** ~~a.m.~~/p.m., and it is further

**ORDERED** that, on or before _____, Plaintiff shall produce the following documents and other material for examination: _____

1

_____

_____

_____, and it is further

**ORDERED** that Defendant shall produce  himself  for an examination before trial

on  10/31/13  at  10  a.m./~~p.m.~~, and is further

**ORDERED** that, on or before  10/20/13 , Defendant shall produce the following

documents and other material for examination: as per discovery notice —
Parties to exchange updated net worth stmts; stmts
of proposed disposition; child support worksheet
on or before 10/31/13 _____, and it is further

**ORDERED** as follows: That all Net proceeds of sale from
the sale of a 72 unit Bronx Apartment building (1114 Ward Ave)
owned by Ashand Enterprises, Inc. and presently the subject
of a bankruptcy proceeding (Eastern District Case no. 13-44999)
shall be held in escrow by John Mazzolitmo until further *
Pretrial
~~Compliance~~ Conference is adjourned to: 11/7/13   Note of Issue shall be filed on or before: _____

Failure to comply with any provision of this order may result in the imposition of costs, or sanctions, or other action authorized by law.

_____    _____    _____
Attorney for Plaintiff         Attorney for ~~Defendant~~       Law Guardian

**SO ORDERED:**

Dated: Queens, New York
      10/2 , 2013

_____
A. J.S.C.

* order of this court or
written agreement of the parties

2