UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x  **Case No. 13-44999**
In Re:
                                                   **OBJECTION**

**Ashand Enterprises, Inc.**
                                                   Chapter 11

**Debtor,**
-----------------------------------------------------------x

## OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY REAL ESTATE AGENT

Karen Veeraswamy, the Creditor, hereby submits Objection to the Debtor's Application to employ Itzhaki Properties NY, as real estate agent. (Dkt.No.41) and in support of objection restates the same reasons mentioned in Application of Motion dated and filed November 26, 2013.

On this of November 26, 2013.

                                                                               KAREN VEERASWAMY
                                                                               (PRO SE, CREDITOR)
                                                                               6337 FOREST AVE, APT # 1R
                                                                               RIDGEWOOD, NY, 11386
                                                                               TEL: (917)717-2396
                                                                               ammasami@gmail.com

[RECEIVED stamp: 2013 NOV 26 P 12:49 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK]

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Objection was on parties of record this 26th day of November, 2013.
*Served*

Bruce Bronson
61-43 186 Street
Fresh Meadows, NY 11365

McCarter and English LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

United States Trustee,
Eastern District New York (Brooklyn Office)
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

_____
KAREN VEERASWAMY
6337 FOREST AVE, APT # 1R
RIDGEWOOD, NY, 11386
TEL: (917)717-2396
ammasami@gmail.com

RECEIVED
2013 NOV 26 P 12:49
CLERK
US BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK