UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x    Case No. 13-44999
In Re:

**Ashand Enterprises, Inc.**

**LETTER**

Request for Hearing and/or Relief

**Debtor,**
------------------------------------------------------------x

Honorable Judge Craig,

The sale of property located at 1114 Ward Ave, Bronx NY took place on Friday July 25, 2014. (document # 125)
In contrast to the documents # 89 (8 d), #114 # 82, # 83, Bronson Law Firm, representing the debtor Ashand Enterprises, Inc. has reportedly only transferred approximately half the estimated funds of net proceeds (documents # 114) to the escrow account of John Napolitano.

I kindly request a Hearing and/or any other Relief that this Honorable Court deems proper, regarding the above mentioned issue.

Respectfully Submitted,

RECEIVED 2014 AUG 25 P 12:09

On this 25 day of August, 2014.

_Karen Veeraswamy_
KAREN VEERASWAMY (PRO SE)
6337 FOREST AVE, APT #1R
RIDGEWOOD, NY 11385
TEL: (917)717-2396
Email: ammasami@gmail.com

CC:
Bronson Law Firm
Bruce Bronson
61-43 186 Street
Fresh Meadows, NY 11365


United States Trustee,
Eastern District New York (Brooklyn Office)
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014