CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2014 NOV -3 A 10: 58

RECEIVED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x     **Case No. 13-44999**
In Re:

**Ashand Enterprises, Inc.**

                                                                             **REPLY**

**Debtor,**
-----------------------------------------------------------x

Karen Veeraswamy, a party of interest in this case and a beneficiary to the proceeds of the sale of debtor's property, hereby replies to the responses filed by Bronson Law Offices on October 29, 2014 (Document # 144)

1. The issue of whether Karen Veeraswamy, the undersigned, has standing in this case has previously been raised and laid to rest in this Court.

Excerpts of Discrepancies/Concerns in Document #144 filed by Bronson Law Offices:

2. The appropriateness/legality of the following is to be determined;
Debtor Ashand Enteprises,Inc /Bronson Law Offices acting on behalf of Ashand Realty, VAAK properties, Anand Realty and Velappan Veeraswamy and making judgment settlement for these entities, totally from the proceeds of the sale debtor Ashand Enterprises' property. (Document #144, Exhibit C)

3. Exhibit D, Document # 144, "General Release" from Approved Oil was signed on July 23, 2014. That is two days before the closing of debtor's property on July 25. A Cashier's Check is payable to just "Approved" and is dated for July 31, 2014.
"Receipt" shows an index number of 701701/2013
"Notice of Discontinuance" shows an index number of 701702/2013

And a search for both these index number in nyscourts.com does not produce any result relevant to debtor Ashand Enterprises.

4. Exhibit E, Document # 144, dated October 15, 2014 is very concerning.
   The Seller (the debtor, Ashand Enterprises) has collected rent for August (post-closing) from a new store tenant.
   An explanation is needed as to when the rent was collected, by whom (V.Veeraswamy/ Midas Management), manner (cash/ cheque) and also about the new store tenant security deposit, and whether the cash or cheque was reported and deposited in either DIP or Bronson Law Office escrow account.

5. Velappan Veeraswamy/Debtor has not filed the affidavit for tenant security deposits unit by unit, as directed by this Court in previous hearing.

6. In contrast to the letter dated July 10, 2014 (Exhibit G , Document # 144) wherein Bronson Law Office stated that a "reserve of $100,000 is expected to be held for a short period of time" Bronson Law Office released the funds to Mr. Napolitano, only after repeated requests and only in partial payments over a period of two months. As mentioned, a transfer of $300,000 was made on October 1, 2014, more than two months after closing and was still holding around $200,000 in the escrow account.

7. Even after repeated requests, Debtor's Attorneys, Kaiko Chan and Bronson Law Offices did not provide the undersigned with the debtor's property sale Closing Statement, until the undersigned raised the issue at the hearing and Bronson Law Offices was directed by the Court to file the closing statement. (Exhibit ONE, copy of email to Kaiko Chan)

8. The details and reasons for the escrow account for $35,000, *disclosed now for the first time* by Bronson Law Offices are unknown. ( It was not disclosed in "Schedule of Payments", Exhibit B, Document #144)

9. Exhibit H, Document # 144. If indeed a contract existed and was made for $9000 on a stated date of 12/25/13, the debtor failed to disclose this expenses in Exhibit G, Document # 144

10. $46,325.72 Fuel Oil payments to "Honeycell Inc." and evidences attached are not convincing. (Exhibit I and Exhibit K, Document # 144).

    Exhibit K, Document #144 (Exhibit TWO, attached to this reply), shows a facsimile with no signatures.
    Exhibit I, Document #144 (Exhibit THREE, attached to this reply), shows the same above document with signatures on the bottom of the letter.

    Exhibit K, Document #144 (Exhibit FOUR, attached to this reply), shows an "Invoice" from Honeycell Inc., with an receipt from "Casanova Fuel Oil" copied over it.

    Exhibit TWO and THREE has an address of **689** Bedford Ave.
    Exhibit FOUR has an address of **889** Bedford Ave.

    There is no convincing evidence that shows that "Honeycell Inc." is indeed a legit fuel oil company.

11. At present the collection of rental arrears is ambiguous. And debtor/Bronson Law Offices has not yet provided the detailed logistics about the collection of rental arrears, as requested by this Court, during last hearing date.

The undersigned kindly requests oversight in securing right of claim to rental arrears and to audit the debtor's expenses and/or provide any other relief that this Honorable Court deems proper.

Respectfully Submitted,

On this 3th day of November, 2014

*/s/ Karen Veeraswamy*

KAREN VEERASWAMY (PRO SE)
6337 FOREST AVE, APT #1R
RIDGEWOOD, NY 11385
TEL: (917)717-2396
Email: ammasami@gmail.com

CC:
Bronson Law Firm
Bruce Bronson
61-43 186 Street
Fresh Meadows, NY 11365

United States Trustee,
Eastern District New York (Brooklyn Office)
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Karen Veeraswamy <ammasami@gmail.com>

## Ashand Enterprises, Inc

**Karen Veeraswamy** <ammasami@gmail.com>  
To: kkcesq@gmail.com

Thu, Sep 18, 2014 at 3:54 PM

Dear Mr.Chan,

As a party of the interest in the property,
1114 Ward Ave, Bronx,
I kindly request the closing statement of July 25.2014 closing.
Also kindly specify details regarding tenant security deposits.

Thanking You

Karen Veeraswamy

EXHIBIT ONE

# HONEYCELL INC
## 689 Bedford Ave
## Brooklyn NY 11206
## 718-875-0326

06/03/2014

To whom it may concern

We made this delivery for building 1134 Ward Ave , on the following dates

| Date | Gallons | Price | Invoice |
|---|---|---|---|
| 02/26/2014 | 1710 Gallon | $3.30 Per Gal | Invoice # 3272, Total $5,896.94 |
| 03/04/2014 | 2414 Gallon | $3.30 Per Gal | Invoice # 3300, Total $6,945.28 |
| 03/13/2014 | 2000 Gallon | $3.30 Per Gal | Invoice # 3319, Total $6,897.00 |
| 03/21/2014 | 2000 Gallon | $3.30 Per Gal | Invoice # 3329, Total $6,897.00 |
| 03/28/2014 | 2000 Gallon | $3.30 Per Gal | Invoice # 3356, Total $6,897.00 |
| 04/04/2014 | 2000 Gallon | $3.25 Per Gal | Invoice # 3369, Total $6,792.50 |
| 05/07/2014 | 2000 Gallon | $3.00 Per Gal | Invoice # 3417, Total $6,000.00 |

Total of $ 46,325.72

Invoice # 3417 Amounts $6,000.00 is paid in full, Check# 1015

Paid Invoice : 3300 and # 3329 total 13,842.28, with check#1190, and check came back a NSF on 04-22-2014

Replaced with 2 checks each $5,000, check#1191 and #1192, leaving a balance of $3,842.28

Outstanding Balance as of today is $30,325.72

For more info contact me  
Thank You

EXHIBIT TWO

# HONEYCELL INC
### 689 Bedford Ave
### Brooklyn NY 11206
### 718-875-0326

06-03-2014

To whom it may concern

We made this delivery for building 1114 Ward Ave, on the following dates

| Date | Gallons | Price | Invoice | Total |
|---|---|---|---|---|
| 02/26/2014 | 1710 Gallon | $3.30 Per Gal | Invoice # 3272 | Total $5,896.94 |
| 03/04/2014 | 2414 Gallon | $3.30 Per Gal | Invoice # 3300 | Total $6,945.28 |
| 03/13/2014 | 2000 Gallon | $3.30 Per Gal | Invoice # 3319 | Total $6,897.00 |
| 03/21/2014 | 2000 Gallon | $3.30 Per Gal | Invoice # 3329 | Total $6,897.00 |
| 03/28/2014 | 2000 Gallon | $3.30 Per Gal | Invoice # 3356 | Total $6,897.00 |
| 04/04/2014 | 2000 Gallon | $3.25 Per Gal | Invoice # 3369 | Total $6,792.50 |
| 05/07/2014 | 2000 Gallon | $3.00 Per Gal | Invoice # 3417 | Total $6,000.00 |

Total of $ 46,325.72

Invoice # 3417 Amounts $6,000.00 is paid in full, Check# 1015

Paid Invoice # 3300 and # 3329 total 13,842.28, with check#1190, and check came back a NSF on 04-22-2014

Replaced it, with 2 checks, each $5,000, with check# 1191 and #1192, leaving a balance of $3,842.28

Total outstanding Balance as of today is $30,325.72

For more info contact me
Thank You

*Mark Seiler*

*[signature]*

EXHIBIT THREE

# Invoice

**HONEYCELL INC**
889 BEDFORD AVE
BROOKLYN, N.Y. 11206
917-804-1051

Date: 2014/03/13
Invoice No.: 3319
Due Date: 2014/04/12

Bill To:
ASHAND ENTERPRISE INC
3605 SEDGWICK AVE
BRONX, N.Y. 10463

Ship To:
1114 WARD AVE
BRONX, N.Y.

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 2000 | #4 OIL | $3.30 | 6,600.00 |



| | |
|---|---|
| Subtotal | $6,600.00 |
| Sales Tax | $297.00 |
| Total | $6,897.00 |
| Balance Due | $6,897.00 |

Thank you for your business.

EXHIBIT FOUR