UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:

ASHAND ENTERPRISES, INC.,                    Case No. 13-44999-CEC

                        Debtor.                    Chapter 11

---------------------------------------------------------x

### STIPULATION AND ORDER DISCHARGING RECEIVER AND FIXING COMPENSATION TO RECEIVER AND RECEIVER'S PROFESSIONALS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties as follows:

WHEREAS, a mortgage foreclosure action was commenced by CF SBC Pledgor 1 2012-1 Trust (the "Lender"), in the Supreme Court, State of New York, County of Bronx, on or about April 30, 2013 (the "Foreclosure Action") in the action captioned <u>CF SBC Pledgor 1 2012-1 Trust vs. Ashand Enterprises, Inc.,</u> under Index No. 021570/2013.

WHEREAS, in connection with the Foreclosure Action, On May 21, 2013, the Honorable Brigantti-Hughes, JSC, ordered Bianka Perez, Esq. (the "Receiver"), appointed as receiver for the benefit of Lender, who was thereby charged with, *inter alia*, collecting rents and profits at the Premises (defined below) which is the subject of the Foreclosure Action, including the real property, improvements and chattels located thereon, in the County of Bronx, State of New York, which real property is commonly known as 1114 Ward Avenue, Bronx, New York, (Block: 3742, Lot: 5) (the "Premises");

WHEREAS, the Receiver deposited all rents and profits from the Premises into the receiver's account (the "Receiver's Account");

WHEREAS, the Receiver's retained Robert B. Tejada, CPA, as accountant (the "Receiver's Accountant" and together with Bankruptcy Counsel (defined below), the "Secondary Fiduciaries").

WHEREAS, on August 14, 2013 (the "Petition Date"), Ashand Enterprises, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

WHEREAS, at the Receiver's request, Ortiz & Ortiz, L.L.P. ("Bankruptcy Counsel") has provided the Receiver with legal services in connection with the bankruptcy case;

WHEREAS, the Receiver has been terminated and the Debtor has managed the Premises with its own property manager;

WHEREAS, on October 11, 2013, this Court entered a *Stipulation and Order Settling Debtor's Request for Interim Relief and Regarding Use of Rents and Providing for Management of Property*, which directed the Receiver to release $40,000 to Lender and the balance to the Debtor subject to a reasonable holdback for the payment of bills incurred by the Receiver and the commissions due to the Receiver;

WHEREAS, on October 30, 2014, the Receiver released $40,000.00 to Lender, $35,000.00 to the Debtor, and held back $15,946.91 for the payment of bills incurred by the Receiver and commissions due to the Receiver;

WHEREAS, the Secondary Fiduciaries assisted the Receiver in protecting the Premises, collecting rents, and managing the Premises;

WHEREAS, the Receiver has rendered a final accounting with respect to her commission and open invoices to which the Debtor and Lender have no objection;

WHEREAS, the Receiver collected rents of $131,975.89 and her commission is $6,598.79, which has been approved by the Debtor and Lender and shall be paid to the Receiver from the Receiver's Account;

WHEREAS, the Receiver accrued management fees of $360.42, which has been approved by the Debtor and Lender and shall be paid to the Receiver from the Receiver's Account;

WHEREAS, the Bankruptcy Counsel may have generated fees in excess of $3,000.00, but has agreed to accept the reduced amount of $3,000.00 for all fees due to her through the date hereof, which has been approved by the Debtor and Lender and shall be paid to Bankruptcy Counsel from the Receiver's Account;

WHEREAS, the Receiver's Accountant may have generated fees in excess of $3,500.00, but has agreed to accept the reduced amount of $3,500.00 for all fees due to him through the date hereof, which has been approved by the Debtor and Lender and shall be paid to Receiver's Accountant from the Receiver's Account;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE UNDERSIGNED AS FOLLOWS:

1.    The foregoing "WHEREAS" clauses are incorporated by reference herein and made a part hereof.

2.    The Receiver shall be paid by funds in the Receiver's Account, in accordance with the agreement described above in the amount of $6,959.21.

3.    Bankruptcy Counsel shall be paid by funds in the Receiver's Account, in accordance with the agreement described above in the amount of $3,000.00.

4. The Receiver's Accountant shall be paid by funds in the Receiver's Account, in accordance with the agreement described above in the amount of $3,500.

5. The Receiver will pay to the Debtor the balance remaining in the Receiver's Account after the foregoing payments.

6. The Parties shall immediately seek an Order from the Court in the Foreclosure Action seeking a discharge and cancellation of the Receiver and the Receiver's Bond and to further relieve the Secondary Fiduciaries.

7. There are no other parties entitled to notice or whose consent is necessary for the release of the Receiver's surplus funds as herein recited.

8. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. This Stipulation may be executed by facsimile or PDF signatures, and such facsimile or PDF signatures will be deemed to be as valid as an original signature.

9. This Stipulation may be "So Ordered" by the Court and entered without further notice to the signatories to this Stipulation.

      Bronson Law Offices, P.C.

By:   */s/H. Bruce Bronson*
      H. Bruce Bronson, Esq.
      480 Mamaroneck Avenue
      Harrison, NY 10528-0023
      Ph: (877) 385-7793
      email: hbbruce@bronsonlaw.net
      *Attorneys for Ashand Enterprises, Inc.*

Dated: December 19, 2014

       Ortiz & Ortiz, L.L.P.

By:    */s/ Norma E. Ortiz*
       Norma E. Ortiz, Esq.
       32-72 Steinway Street, Suite 402
       Astoria, New York 11103
       Ph: (718) 522-1117
       email: email@ortizandortiz.com
       *Attorneys for the Receiver, Bianka Perez, Esq.*

Dated: December 19, 2014

**SO ORDERED:**